Supp. 465), and in the matter of Kursheedt (see, also, 124 N. Y. Supp. 1119). No opinion. Referee's report confirmed, and motion granted. See memorandum. Settle order on notice.

In re CITY OF NEW YORK. In re SPUYTEN DUYVIL & P. M. R. R. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of the City of New York, and in the matter of the Spuyten Duyvil & Port Morris Railroad. No opinion. Motion denied, with $10 costs. Order filed.

CLARK, Respondent v. PENNSYLVANIA R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by William E. Clark against the Pennsylvania Railroad Company and another. No opinion. Judgment and order affirmed, with costs.

CLARKSVILLE TELEPHONE CO., Respondent, v. TERRY et al., Appellants (three cases). (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by the Clarksville Telephone Company against Charles T. Terry and others. No opinion. Order affirmed, with $10 costs and disbursements.

In re CLEMENT, State Excise Com'r. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the petition of Maynard N. Clement, as State Commissioner of Excise, for an order revoking and canceling liquor tax certificate No. 12,470, issued to Thomas P. Tierney, appellant. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

COHEN, Respondent, v. BASS, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Jacob Cohen against Joseph Bass. No opinion. Motion denied, with costs, and stay vacated. See, also, 123 N. Y. Supp. 395.

COHEN et al., Appellants, v. COHEN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Benjamin Cohen and another against Isaac Cohen and others.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs. See, also, 122 N. Y. Supp. 1125.

THOMAS and CARR, JJ., are of opinion that the judgment as to the counterclaim is erroneous.

COLLINS, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Arthur Collins against the Waterbury Company. No opinion. Appeal dismissed on argument, with $10 costs and disbursements.

COLWELL, Respondent, v. E. R. ALLEN FOUNDRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Robert Colwell, as administrator, etc., against the E. R. Allen Foundry Company. No opinion. Judgment and order affirmed, with costs. See, also, 123 App. Div. 601, 108 N. Y. Supp. 22.

COOMES, Appellant, v. BENNETT et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Oliver B. Coomes against Hiram C. Bennett and others. No opinion. Judgment affirmed, with costs.

In re CO-OPERATIVE LAW CO. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of the Co-operative Law Company. No opinion. Motions granted. See, also, 136 App. Div. 918, 120 N. Y. Supp. 1120.

CORNISH, Appellant, v. SYRACUSE, L. S. & N. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Frank D. Cornish against the Syracuse, Lake Shore & Northern Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

COTRISS, Respondent, v. VILLAGE OF MEDINA, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Catherine Cotriss against the Village of Medina.

PER CURIAM. Motion granted to amend order of reversal entered July 12, 1910 (124 N. Y. Supp. 507), by inserting therein a statement that such reversal is made upon questions of law only; the facts having been examined and no error found therein.

In re COUGHLIN'S WILL. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) In the matter of the probate of the last will and testament of William Coughlin, deceased.

PER CURIAM. Decree affirmed, with costs. KELLOGG and SEWELL, JJ., dissent.

CROSS, AUSTIN & IRELAND LUMBER CO., Respondent, v. ETHERINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by the Cross, Austin & Ireland Lumber Company against Walter J. Etherington. No opinion. Motion for leave to appeal to the Court, of Appeals denied, and stay vacated. See, also, 123 N. Y. Supp. 1112.

CURLEY, Respondent, v. BREWSTER et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Margaret C. Curley, as administratrix, etc., of Patrick J. Curley, deceased, against Benjamin O. Brewster and another. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 121 N. Y. Supp. 1128.